**FILED**

FEB 18 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

FEB 18 2016

MICHAEL T. MASON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

BRIAN WRIGHT

Violations: Title 18, United States Code, Sections 287 and 641

**16CR 101**

**JUDGE COLEMAN**

**MAGISTRATE JUDGE ROWLAND**

<u>COUNT ONE</u>

The SPECIAL AUGUST 2015 GRAND JURY charges:

1. At times material to this indictment:

    a. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, and, among other things, was responsible for administering the tax laws of the United States, collecting income taxes from individuals and entities, and providing income tax refunds to eligible individuals and entities. Estates and trusts entitled to a refund of federal income taxes could claim that refund by filing a Form 1041 United States Income Tax Return for Estates and Trusts with the IRS.

    b. The Form 1041 required the estate or trust to provide, among other information, the estate's or trust's name and address, its Employer Identification Number, its total income for the tax year, the amount of federal income tax withheld during the tax year, the amount of federal income tax, and the amount of tax due or refund claimed.

c. The IRS relied upon information from the Form 1041 in determining and issuing refunds. After receiving this information, the IRS issued a refund to the taxpayer if there were no outstanding tax liabilities or other federally-authorized deductions on record with the IRS.

2. On or about February 28, 2011, at Dixmoor, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN WRIGHT,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of Treasury, a claim upon and against the United States, that is, a tax year 2010 Form 1041 United States Income Tax Return for Estates and Trusts, wherein he claimed a refund for withholding taxes in the amount of $256,379 for the Brian A. Wright Trust, knowing such claim to be false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT TWO

The SPECIAL AUGUST 2015 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about November 7, 2013, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

### BRIAN WRIGHT,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of Treasury, a claim upon and against the United States, that is, a tax year 2011 Form 1041 United States Income Tax Return for Estates and Trusts, wherein he claimed a refund for withholding taxes in the amount of $252,412 for the Brian A. Wright Trust, knowing such claim to be false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT THREE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated here.

2. On or about June 2, 2014, at Harvey, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN WRIGHT,

defendant herein, made, presented, and caused to be presented to the IRS, an agency of the United States Department of Treasury, a claim upon and against the United States, that is, a tax year 2012 Form 1041 United States Income Tax Return for Estates and Trusts, wherein he claimed a refund for withholding taxes in the amount of $259,591 for the Brian A. Wright Trust, knowing such claim to be false, fictitious, and fraudulent;

In violation of Title 18, United States Code, Section 287.

## COUNT FOUR

The SPECIAL AUGUST 2015 GRAND JURY further charges:

1. On or about March 26, 2013, at Crestwood, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN WRIGHT,

defendant herein, stole, purloined, and knowingly converted to his own use money of the United States, namely, approximately $272,657.29 in funds administered by the Department of the Treasury in the form of a federal income tax refund check deposited into a Bank of America account, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY