Order Form (01/2005)

JUDGE COLEMAN
MAGISTRATE JUDGE ROWLAND

16CR 101

United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE MASON |
|---|---|---|---|
| **CASE NUMBER** | 10 GJ 1149 | **DATE** | 18 FEBRUARY 2016 |
| **CASE TITLE** | U.S. v. BRIAN WRIGHT | | |

RECEIVED
FEB 1 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**DOCKET ENTRY TEXT**

**UNDER SEAL**

**Grand Jury Proceeding**

The Grand Jury for SPECIAL AUGUST 2015 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge **MAGISTRATE JUDGE MASON**

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT.

DO NOT SEAL ARREST WARRANT.

SIGNATURE OF JUDGE _[signature]_ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: rbf

Page 1 of 1