**FILED**

U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

MAR 07 2016

Judge Sharon Johnson Coleman
United States District Court

Case Title: *United States v. Brian Wright*

Case Number: 16 CR0101

An appearance is hereby filed by the undersigned as attorney for:
Brian Wrigjht

Attorney name (type or print): Elliott T. Price

Firm: Law Offices of Elliott T. Price

Street address: 126 Rivershire Lane

City/State/Zip: Lincolnshire, Illnois 60069

Bar ID Number: 2251728
(See item 3 in instructions)

Telephone Number: 312 399 9331

Email Address: Crimlaw60@aol.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☒ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/7/16

Attorney signature: S/ Elliott T. Price   *Elliott T. Price*

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015