IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

,

Plaintiff(s),

v.

Brian Wright,

Defendant(s).

Case No. 16 CR 101
Judge Sharon Johnson Coleman

## **ORDER**

Status hearing held and continued to 4/20/2016 at 9:30 a.m. Defendant's motion for attorney representation [12] is granted. The court appoints the Federal Defender Program to represent the defendant. Defendant to be present at the next hearing. Time excluded to 4/20/2016 pursuant to (h)(7)(B)(i) - (X-T1).

(T: 0:04)


Date: 4/6/2016

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge